# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| AARON FRANTOM, | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 7:23-cv-00036-BP |
| | § |
| GENERAL MOTORS, LLC, | § |
| | § |
|     Defendant. | § |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

The parties have filed a Stipulation of Dismissal (ECF No. 18), which the Court granted on November 7, 2023. ECF No. 19. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** with prejudice.

It is so **ORDERED** on November 14, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE